**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SESSION LINK RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIBBON COMMUNICATIONS INC.,<br><br>Defendant. | ) | Case No. 2:26-cv-00<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Session Link Research LLC ("SLR" or "Plaintiff") for its Complaint for patent infringement against Defendant Ribbon Communications Inc. ("Ribbon" or "Defendant") alleges as follows:

## THE PARTIES

1. SLR is a limited liability company, organized and existing under the laws of the State of Texas, with its principal place of business located at 209 East Austin Street, Marshall, TX 75670.

2. On information and belief, Defendant Ribbon is a corporation organized under the laws of Delaware, with a principal place of business located at 6500 Chase Oaks Blvd., Suite 100, Plano, Texas 75023. On information and belief, Ribbon has been registered to do business in the State of Texas since at least October 27, 2017, under Texas SOS filed number 802848354. On information and belief Ribbon may be served with process through its registered agent United Agent Group Inc. at 2595 N. Dallas Pkwy, Suite 350, Frisco, TX 75034 or 5444 Westheimer #1000, Houston, TX 77056.

## JURISDICTION

3. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

4. This Court has general and specific personal jurisdiction over Ribbon in this action because Ribbon has committed acts within the Eastern District of Texas giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Ribbon would not offend traditional notions of fair play and substantial justice. Ribbon regularly conducts or solicits business in this Judicial District and the State of Texas, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this Judicial District and the State of Texas. Moreover, Ribbon has committed acts of patent infringement and/or has induced acts of patent infringement by others in this Judicial District and/or has contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States by, among other things, offering to sell and selling products and/or services that infringe the Patent-in-Suit.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b). Ribbon is registered to do business in Texas and, on information and belief, Ribbon has transacted business in the Eastern District of Texas and has committed acts of direct and indirect infringement in the Eastern District of Texas. Ribbon maintains a regular and established place of business at its United States Headquarters, located at 6500 Chase Oaks Blvd., Suite 100, Plano, TX 75023.



[1]

6. In other actions, Ribbon has sought transfer from other jurisdictions to the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). *See Metaswitch Networks Ltd. v. Ribbon Commc'ns Inc.*, Dkt. 32, No. 1:18-cv-10815-GHW (S.D.N.Y. Feb. 6, 2019).

**PATENT-IN-SUIT**

7. On July 12, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,392,436 (the "'436 Patent") entitled "Method and Apparatus for Voice Over LTE." A true and correct copy of the '436 Patent is attached hereto as Exhibit 1.

8. SLR is the sole and exclusive owner of all right, title, and interest in the '436 Patent (the "Patent-in-Suit" or "Asserted Patent"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patent-in-Suit, including the filing of this patent infringement lawsuit. SLR also has the right to recover all damages for past, present, and future infringement of

[1] *See* https://ribboncommunications.com/company/get-help/locations (last accessed on November 2, 2026); *see also* https://www.sec.gov/Archives/edgar/data/1708055/000170805526000012/rbbn-20251231x10k.htm at 4 (stating in its 2025 Form 10-K to the Securities and Exchange Commission that "We are headquartered in Plano, Texas . . . .").

the Patent-in-Suit and to seek injunctive relief as appropriate under the law.

9. SLR has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patent-in-Suit. On information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

10. The ’436 Patent generally relates to systems and methods for a transit network configured to handle signaling messages between service provider networks. The technology described in the ’436 Patent was developed by Richard H. Xu and Hwan Jang Tang at iBasis, Inc. For example, the patented technology of the ’436 Patent is infringed by Ribbon products and services, including, but not limited to, Ribbon Session Border Controllers (SBC), Policy and Routing Servers, IMS Core / Cloud-Native IMS, including all associated hardware and software (collectively, the “Accused Products”).

11. Ribbon has infringed and is continuing to infringe the Patent-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing, products including, but not limited, the Accused Products.

## COUNT I
**(Infringement of the ’436 Patent)**

12. Paragraphs 1 through 11 are incorporated by reference as if fully set forth herein.

13. SLR has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the ’436 Patent.

14. Defendant has and continues to directly infringe the ’436 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the ’436 Patent. Such infringing products include,

but are not limited to, Ribbon Session Border Controllers (SBC), Policy and Routing Servers, IMS Core / Cloud-Native IMS, including all associated hardware and software, among other Ribbon products.

15. For example, Defendant has and continues to directly infringe at least Claim 1 of the '436 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include the Ribbon SBC.

16. For example, the Ribbon SBC performs a method of handling signaling messages at a transit network connected between mobile networks, the method comprising: receiving, at the transit network, a session control message from a mobile network. For example, the Ribbon SBC is a transit network deployed at the interconnect boundary between multiple mobile and SIP/IMS networks to manage, process, and forward SIP signaling across domains. Ribbon SBC platforms support IMS interconnect, I-BCF roles, TRF-based roaming support, and SIP signaling mediation, aligning with 3GPP TS 24.229 functions that define how an IBCF acts as an entry/exit point for forwarding signaling between networks.



[2]

2 https://www.fvc.com/ribbon/.

| PRODUCT OVERVIEW | |
|---|---|
| **Product Name** | **Ribbon SBC Series** |
| **Description** | Ribbon developed its family of session border controllers (SBCs) to provide security, simplified interoperability, advanced session management, and carrier-grade reliability in public or private cloud deployments for fixed, mobile, cable, and interconnect/wholesale service providers, as well as enterprises.<br><br>Ribbon's SBCs are designed to deliver deployment flexibility that enables security and service quality for applications such as SIP trunking, contact centers, unified communications, VoLTE, VoWiFi, RCS, and OTT. Ribbon targets its SBCs at IP interconnections for IP exchange (IPX), IP peering, intra-network, and international interconnects for the world's largest networks. |
| **Components** | Ribbon's SBC portfolio consists of:<br>• Session Border Controller Software Edition (SBC SWe)<br>• Session Border Controller Software Edition Lite (SBC SWe Lite)<br>• Session Border Controller 1000/2000/5400/7000<br>• Q21 Session Border Controller<br>• EdgeMarc- Intelligent Edge 2900/6000/7000 |

[3]

SBCs are deployed at the network perimeter (that is, at the network's border) so that they can control and secure real-time communications for both enterprises and service providers. An SBC performs the following functions:

Session Initiation Protocol (SIP) is a signaling protocol used for initiating, maintaining, modifying, and terminating real-time communication sessions between IP devices. Real-time Transport Protocol (RTP) is a network standard designed for transmitting real-time voice or video across IP networks.

[3] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Report/RP%20GlobalData%20Ribon%20SBC%202021%20Assessment110745.pdf.

» **Enabling SIP trunking:** An SBC provides a demarcation or termination point of the SIP and RTP connection (often referred to as a SIP trunk) into a communications network. An SBC provides the security, interoperability, and some of the intelligence (for example, where to route SIP calls) needed to safely connect SIP trunks with your network. The SIP service provider also needs an SBC on its side of the SIP trunk to protect its network. You can think of an SBC as providing a SIP firewall that includes a host of value-added services such as intelligent routing controls, signaling and media interworking, resiliency, and the ability to ensure a high quality of service between different network devices.

» **Interconnecting and interworking networks and protocols:** An SBC provides a smooth experience in terms of interconnecting and interworking between different networks and the protocols running over them. Specifically, the SBC performs tasks such as

» **Acting as session traffic cop:** The SBC is the gatekeeper to SIP-based services in an enterprise or service provider network. In this role, SBCs perform session admission control, which is the process of determining who has access to the network. This makes the SBC the traffic cop of a SIP network, keeping your SIP highways safe and orderly and creating and accessing three lists: allow lists, block lists, and grey lists (discussed in the later section, "Understanding the Need for SBCs" in this chapter).

» **Intelligent routing and policy controls:** In larger deployments, where multiple SBCs are installed at multiple network connectivity points, the task of individually configuring routing and policies on all SBCs can be tedious and expensive. An alternative to localized policy control is further centralization using a primary policy server to dynamically propagate a single set of routing and policy rules to each SBC on the network.

>> **Interconnect border control/gateway function (I-BCF/I-BGF):** Handles the signaling and media of calls. An interconnect SBC performs functions such as network topology hiding, monitoring and lawful intercept, routing of signaling into the core of the IMS, and policy management on a per-trunk basis.[4]

Large enterprises are facing insatiable demand for real-time, multimedia, SIP-based communication services for both employees and customers. And this demand has only grown with the migration of employees to work from home.

With proven network security, intelligent session control, robust media services and SIP normalization for interworking, the SBC 7000 is designed to address the unique reliability and security challenges of real-time communications. The SBC 7000 is ready-made to ensure quality of service for unified communications, collaboration and conferencing, contact centers, and SIP trunking underpinning business services.[5]

| FEATURE SUPPORT | |
|---|---|
| **Rating:** | Leader |
| **Standards Support:** | The SBC supports the following communication services standards:<br>* GSMA IPX; GSMA IR.92 (VoLTE); GSMA IR.94 v10 (ViLTE);<br>* IR.51 v2.1 (VoWiFi)<br>* SIPConnect 2.0<br>* multiple 3GPP IMS standards<br>* RCS (GSMA RCC.07 v 6.0) |
| **VoLTE User Experience:** | Ribbon's SBCs support VoLTE services in home and visited networks. Ribbon SBCs can take up roles of P-CSCF, E-CSCF, ATCF/ATGW, and IBCF for VoLTE users. They support optimizations like optimal media routing and wideband codecs for enhanced user experience. |

[4] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Dummies%20Guide.

[5] https://ribboncommunications.com/products/enterprise-products/session-border-controllers/session-border-controller-sbc-7000.

**FEATURE SUPPORT**

| | |
|---|---|
| **VoLTE Roaming Support:** | The SBC supports the RAVEL architecture and the Transit and Roaming Function (TRF) and applies TRF procedures as defined for a looped back RAVEL call. In addition to supporting direct media between endpoints residing in the same media zone, the SBC also supports Optimal Media Routing (OMR) procedures and allows bypassing the Transition Gateways (TrGWs). OMR enables media path optimization by allowing intermediate nodes to be bypassed for media anchoring. The SBC supports OMR procedures in IBCF and P-CSCF roles. |

[6]

## I.2 Originating, transit and interconnection routeing procedures

The additional routeing functionality, or associated functional entity, performing these additional routeing procedures should analyse the destination address, and determine whether to route to another network, directly, or via the IBCF, or to the BGCF, the MGCF or the I-CSCF in its own network. This analysis may use public (e.g., DNS, ENUM) and/or private database lookups, and/or locally configured data and may, based on operator policy, modify the Request-URI (e.g. to remove number prefixes, to translate local numbers to global numbers, to update the Request-URI with the URI including an obtained ported-to routeing number, etc).

In addition, and based upon local policy, the analysis may include the carrier identified by the "cic" tel-URI parameter of the Request-URI and other signalling information from the incoming request as part of the route determination. Examples of other signalling information are: the content of the P-Access-Network-Info header field, the value of the "cpc" tel URI parameter of the P-Asserted-Identity header field, the value of the "phone-context" Tel URI parameter of the Request-URI, the SDP content, the ICSI values in the Contact header field and the content of the P-Asserted-Service header field.

If the additional routeing functionality decides that the request shall be routed via a specific entity (e.g. IBCF), it shall insert the URI of this entity in the Route header of the request. [7]

## 5.10.1 General

As specified in 3GPP TS 23.228 [7] border control functions may be applied between two IM CN subsystems or between an IM CN subsystem and other SIP-based multimedia networks based on operator preference. The IBCF may act both as an entry point and as an exit point for a network. If it processes a SIP request received from other network it functions as an entry point (see subclause 5.10.3) and it acts as an exit point whenever it processes a SIP request sent to other network (see subclause 5.10.2). [8]

17. By way of further example, the Ribbon SBC, acting as an I-BCF at the interconnect border, receives SIP session-control messages from external mobile networks. According to 3GPP TS 24.229, an IBCF functions as an entry point when it processes SIP requests arriving from

[6] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Report/RP%20GlobalData%20Ribon%20SBC%202021%20Assessment110745.pdf.

[7] https://www.etsi.org/deliver/etsi_ts/124200_124299/124229/18.08.00_60/ts_124229v180800p.pdf, at 913.

[8] *Id.* at 347.

another network, including INVITE and REGISTER messages.

> SBCs are deployed at the network perimeter (that is, at the network's border) so that they can control and secure real-time communications for both enterprises and service providers. An SBC performs the following functions:

> Session Initiation Protocol (SIP) is a signaling protocol used for initiating, maintaining, modifying, and terminating real-time communication sessions between IP devices. Real-time Transport Protocol (RTP) is a network standard designed for transmitting real-time voice or video across IP networks.

> » **Enabling SIP trunking:** An SBC provides a demarcation or termination point of the SIP and RTP connection (often referred to as a SIP trunk) into a communications network. An SBC provides the security, interoperability, and some of the intelligence (for example, where to route SIP calls) needed to safely connect SIP trunks with your network. The SIP service provider also needs an SBC on its side of the SIP trunk to protect its network. You can think of an SBC as providing a SIP firewall that includes a host of value-added services such as intelligent routing controls, signaling and media interworking, resiliency, and the ability to ensure a high quality of service between different network devices.[9]

[9]https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Dummies%20Guide.

| FEATURE SUPPORT | |
|---|---|
| **Rating:** | Leader |
| **Standards Support:** | The SBC supports the following communication services standards:<br>* GSMA IPX; GSMA IR.92 (VoLTE); GSMA IR.94 v10 (ViLTE);<br>* IR.51 v2.1 (VoWiFi)<br>* SIPConnect 2.0<br>* multiple 3GPP IMS standards<br>* RCS (GSMA RCC.07 v 6.0) |
| **VoLTE User Experience:** | Ribbon's SBCs support VoLTE services in home and visited networks. Ribbon SBCs can take up roles of P-CSCF, E-CSCF, ATCF/ATGW, and IBCF for VoLTE users. They support optimizations like optimal media routing and wideband codecs for enhanced user experience. |

[10]

## 5.10 Procedures at the IBCF

### 5.10.1 General

As specified in 3GPP TS 23.228 [7] border control functions may be applied between two IM CN subsystems or between an IM CN subsystem and other SIP-based multimedia networks based on operator preference. The IBCF may act both as an entry point and as an exit point for a network. If it processes a SIP request received from other network it functions as an entry point (see subclause 5.10.3) and it acts as an exit point whenever it processes a SIP request sent to other network (see subclause 5.10.2).

The functionalities of the IBCF are entry and exit point procedures as defined in subclause 5.10.2 and subclause 5.10.3 and additionally can include:

- network configuration hiding (as defined in subclause 5.10.4);
- application level gateway (as defined in subclause 5.10.5);
- transport plane control, i.e. QoS control (as defined in subclause 5.10.5);
- screening of SIP signalling (as defined in subclause 5.10.6);
- inclusion of an IWF if appropriate;
- media transcoding control (as defined in suclause 5.10.7);
- privacy protection (as defined in subclause 5.10.8);
- additional routeing functionality (as defined in Annex I); and
- invocation of an AS over the Ms reference point (as defined in subclause 5.10.10).

NOTE 1: The functionalities performed by the IBCF are configured by the operator, and it is network specific.

The IBCF shall log all SIP requests and responses that contain a "logme" header field parameter in the SIP Session-ID header field if required by local policy.

---

[10] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Report/RP%20GlobalData%20Ribon%20SBC%202021%20Assessment110745.pdf.

5.10.2 IBCF as an exit point

5.10.2.1 Registration

When IBCF receives a REGISTER request, the IBCF shall:

1) void;

2) if network topology hiding is required or IBCF is configured to perform application level gateway and/or transport plane control functionalities, then the IBCF shall add its own routeable SIP URI to the top of the Path header field; and

NOTE 1: The IBCF can include in the inserted SIP URI an indicator that identifies the direction of subsequent requests received by the IBCF i.e., from the S-CSCF towards the P-CSCF, to identify the UE-terminating case. The IBCF can encode this indicator in different ways, such as, e.g., a unique parameter in the URI, a character string in the username part of the URI, or a dedicated port number in the URI.

NOTE 2: Any subsequent request that includes the direction indicator (in the Route header field) or arrives at the dedicated port number, indicates that the request was sent by the S-CSCF towards the P-CSCF.

3) select an entry point of the home network and forward the request to that entry point.

If the selected entry point:

- does not respond to the REGISTER request and its retransmissions by the IBCF; or

- sends back a 3xx response or 480 (Temporarily Unavailable) response to a REGISTER request;

the IBCF shall select a new entry point and forward the REGISTER request to that entry point.

NOTE 3: The list of the entry points can be either obtained as specified in RFC 3263 [27A] or provisioned in the IBCF. The entry point can be an IBCF or an I-CSCF.

If the IBCF fails to forward the REGISTER request to any entry point, the IBCF shall send back a 504 (Server Time-Out) response to the P-CSCF, in accordance with the procedures in RFC 3261 [26]. [11]

18. The Ribbon SBC performs the step of determining, at the transit network, a signaling type associated with the session control message. For example, the Ribbon SBC includes I-BCF and TRF capabilities for VoLTE roaming, enabling analysis and control of inbound SIP session requests from external networks. As per 3GPP TS 24.229 IBCF, operating as the transit network, determines the signaling type of a received SIP session request by analyzing specific indicators defined in 3GPP specifications. The IBCF identifies whether an incoming INVITE corresponds to a roaming scenario by evaluating Feature-Caps parameters such as g.3gpp.trf and g.3gpp.loopback. The session is associated with roaming architecture for IMS voice with local breakout. If, when a SIP session request is received without these indicators, the IBCF treats it as non-roaming signaling.

[11] https://www.etsi.org/deliver/etsi_ts/124200_124299/124229/18.08.00_60/ts_124229v180800p.pdf, at 347-48.

| FEATURE SUPPORT | |
|---|---|
| **Rating:** | Leader |
| **Standards Support:** | The SBC supports the following communication services standards:<br>* GSMA IPX; GSMA IR.92 (VoLTE); GSMA IR.94 v10 (ViLTE);<br>* IR.51 v2.1 (VoWiFi)<br>* SIPConnect 2.0<br>* multiple 3GPP IMS standards<br>* RCS (GSMA RCC.07 v 6.0) |
| **VoLTE User Experience:** | Ribbon's SBCs support VoLTE services in home and visited networks. Ribbon SBCs can take up roles of P-CSCF, E-CSCF, ATCF/ATGW, and IBCF for VoLTE users. They support optimizations like optimal media routing and wideband codecs for enhanced user experience. |

| FEATURE SUPPORT | |
|---|---|
| **VoLTE Roaming Support:** | The SBC supports the RAVEL architecture and the Transit and Roaming Function (TRF) and applies TRF procedures as defined for a looped back RAVEL call. In addition to supporting direct media between endpoints residing in the same media zone, the SBC also supports Optimal Media Routing (OMR) procedures and allows bypassing the Transition Gateways (TrGWs). OMR enables media path optimization by allowing intermediate nodes to be bypassed for media anchoring. The SBC supports OMR procedures in IBCF and P-CSCF roles. |

[12]

### 5.10.9 Roaming architecture for voice over IMS with local breakout

The IBCF shall apply OMR as specified in 3GPP TS 29.079 [11D] and in accordance with the roaming architecture for voice over IMS with local breakout when a session is identified as a roaming architecture for voice over IMS with local breakout session.

A session can be identified as a potential roaming architecture for voice over IMS with local breakout session when:

1) a received initial INVITE request contains a Feature-Caps header field with a "+g.3gpp.trf" header field parameter, a "+g.3gpp.loopback" header field parameter or any other implementation dependent indication; or

[13]

[12] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Report/RP%20GlobalData%20Ribon%20SBC%202021%20Assessment110745.pdf.

[13] https://www.etsi.org/deliver/etsi_ts/124200_124299/124229/18.08.00_60/ts_124229v180800p.pdf, at 362.

## 7.9A.3 Definition of feature-capability indicators g.3gpp.trf

Feature-capability indicator name: g.3gpp.trf

Summary of the feature indicated by this feature-capability indicator:

ETSI

**3GPP TS 24.229 version 18.8.0 Release 18** **488** **ETSI TS 124 229 V18.8.0 (2025-07)**

This feature-capability indicator, when included in a Feature-Caps header field as specified in RFC 6809 [190] in a SIP INVITE request, indicates that in a roaming scenario, the visited network supports a transit and roaming functionality in order to allow loopback of session requests to the visited network from the home network. When used, it may indicate the URI of the transit and roaming functionality.

Feature-capability indicator specification reference: 3GPP TS 24.229: "IP multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); Stage 3".

Values appropriate for use with this feature-capability indicator:

None or string with an equality relationship. When used in a Feature-Caps header field, the value is string and follows the syntax as described in table 7.9A.1 for g-3gpp-trf. The value of g-3gpp-trf parameter is an instance of fcap-string-value of Feature-Caps header field specified in RFC 6809 [190].

**Table 7.9A.1: ABNF syntax of values of the g.3gpp.trf feature-capability indicator**

```
g-3gpp-trf = "<" SIP-URI ">"
```

The feature-capability indicator is intended primarily for use in the following applications, protocols, services, or negotiation mechanisms: This feature-capability indicator is used to indicate visited network support of the roaming architecture for voice over IMS with local breakout and to transport the TRF address. [14]

[14] *Id.* at 487-88.

### 7.9A.4 Definition of feature-capability indicator g.3gpp.loopback

Feature-capability indicator name: g.3gpp.loopback

Summary of the feature indicated by this feature-capability indicator:

This feature-capability indicator, when included in a Feature-Caps header field as specified in RFC 6809 [190] in a SIP INVITE request, indicates the support of the roaming architecture for voice over IMS with local breakout.

Feature-capability indicator specification reference: 3GPP TS 24.229: "IP multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); Stage 3".

Values appropriate for use with this feature-capability indicator:

None or a string with an equality relationship.

When used in a Feature-Caps header field, the value is a string identifying the home network and follows the syntax as described in table 7.9A.4-1 for g-3gpp-loopback. The value of g-3gpp-loopback parameter is an instance of fcap-string-value of Feature-Caps header field specified in RFC 6809 [190].

**Table 7.9A.4-1: ABNF syntax of values of the g-3gpp-loopback feature-capability indicator**

```
g-3gpp-loopback = "<" 1*(qdtext / quoted-pair) ">"
```

The feature-capability indicator is intended primarily for use in the following applications, protocols, services, or negotiation mechanisms: This feature-capability indicator is used to indicate support of the roaming architecture for voice over IMS with local breakout and that the INVITE request is a loopback request. [15]

19. The Ribbon SBC performs the step of routing, at the transit network, the session control message based on the signaling type determined, including routing the session control message based on domain routing if the determined signaling type is roaming signaling and routing the session control message based on called party routing if the determined signaling type is non-roaming signaling. For example, the Ribbon SBC supports signaling-dependent session routing when operating in I-BCF/TRF configurations. As per 3GPP TS 24.229 discloses, the IBCF and associated routing functions in the transit network route SIP session-control messages according to the signaling type determined. When the received INVITE contains roaming indicators such as g.3gpp.trf or g.3gpp.loopback, the signaling is identified as roaming, and the specification requires the transit network to apply domain-based routing. This routing is performed using SIP URIs to forward the request to roaming-specific entities such as the TRF and IBCF including support for loopback and local-breakout procedures. For non-roaming signaling, where such roaming

[15] *Id.* at 488.

indicators are not present, the routing decision is instead based on called-party information. The request carries a tel URI (representing a local or global number), and the additional routing functionality performs number-based analysis using the Request-URI, ENUM/DNS results, phone-context parameters, CIC identifiers, and other signaling attributes to determine the appropriate terminating network. The transit network then routes the message accordingly.

> SBCs are deployed at the network perimeter (that is, at the network's border) so that they can control and secure real-time communications for both enterprises and service providers. An SBC performs the following functions:

> Session Initiation Protocol (SIP) is a signaling protocol used for initiating, maintaining, modifying, and terminating real-time communication sessions between IP devices. Real-time Transport Protocol (RTP) is a network standard designed for transmitting real-time voice or video across IP networks.

> » **Enabling SIP trunking:** An SBC provides a demarcation or termination point of the SIP and RTP connection (often referred to as a SIP trunk) into a communications network. An SBC provides the security, interoperability, and some of the intelligence (for example, where to route SIP calls) needed to safely connect SIP trunks with your network. The SIP service provider also needs an SBC on its side of the SIP trunk to protect its network. You can think of an SBC as providing a SIP firewall that includes a host of value-added services such as intelligent routing controls, signaling and media interworking, resiliency, and the ability to ensure a high quality of service between different network devices.

» **Intelligent routing and policy controls:** In larger deployments, where multiple SBCs are installed at multiple network connectivity points, the task of individually configuring routing and policies on all SBCs can be tedious and expensive. An alternative to localized policy control is further centralization using a primary policy server to dynamically propagate a single set of routing and policy rules to each SBC on the network.

» **Interconnect border control/gateway function (I-BCF/I-BGF):** Handles the signaling and media of calls. An interconnect SBC performs functions such as network topology hiding, monitoring and lawful intercept, routing of signaling into the core of the IMS, and policy management on a per-trunk basis. [16]

| FEATURE SUPPORT | |
|---|---|
| **Rating:** | Leader |
| **Standards Support:** | The SBC supports the following communication services standards:<br>* GSMA IPX; GSMA IR.92 (VoLTE); GSMA IR.94 v10 (ViLTE);<br>* IR.51 v2.1 (VoWiFi)<br>* SIPConnect 2.0<br>* multiple 3GPP IMS standards<br>* RCS (GSMA RCC.07 v 6.0) |
| **VoLTE User Experience:** | Ribbon's SBCs support VoLTE services in home and visited networks. Ribbon SBCs can take up roles of P-CSCF, E-CSCF, ATCF/ATGW, and IBCF for VoLTE users. They support optimizations like optimal media routing and wideband codecs for enhanced user experience. |

[16] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Dummies%20Guide.

**FEATURE SUPPORT**

| | |
|---|---|
| **VoLTE Roaming Support:** | The SBC supports the RAVEL architecture and the Transit and Roaming Function (TRF) and applies TRF procedures as defined for a looped back RAVEL call. In addition to supporting direct media between endpoints residing in the same media zone, the SBC also supports Optimal Media Routing (OMR) procedures and allows bypassing the Transition Gateways (TrGWs). OMR enables media path optimization by allowing intermediate nodes to be bypassed for media anchoring. The SBC supports OMR procedures in IBCF and P-CSCF roles. |

[17]

## I.1 Scope

Additional routeing functionality is necessary for support of:

- transit traffic as operators may use the IM CN subsystem as a transit network to provide transit functionality for their own CS networks, enterprise networks, or other network operators;
- other traffics such as roaming traffic and incoming traffic destined to CSI UEs (Combining Circuit Switched (CS) and IP Multimedia Subsystem (IMS) services) traffics;
- traffic for the roaming architecture for voice over IMS with local breakout; and
- originating traffic if required by local policy as specified in subclause 5.4.3.2.

Depending on the additional routeing functionalities, the required specific functions may reside in a stand-alone entity or may be collocated with an MGCF, a BGCF, an I-CSCF, an S-CSCF, or an IBCF as appropriate for the specific scenario.

[18]

[17] https://learn.rbbn.com/hubfs/Corporate%20Marketing%20(TOP%20LEVEL)/Report/RP%20GlobalData%20Ribon%20SBC%202021%20Assessment110745.pdf.
[18] https://www.etsi.org/deliver/etsi_ts/124200_124299/124229/18.08.00_60/ts_124229v180800p.pdf, at 912.

## I.2 Originating, transit and interconnection routeing procedures

The additional routeing functionality, or associated functional entity, performing these additional routeing procedures should analyse the destination address, and determine whether to route to another network, directly, or via the IBCF, or to the BGCF, the MGCF or the I-CSCF in its own network. This analysis may use public (e.g., DNS, ENUM) and/or private database lookups, and/or locally configured data and may, based on operator policy, modify the Request-URI (e.g. to remove number prefixes, to translate local numbers to global numbers, to update the Request-URI with the URI including an obtained ported-to routeing number, etc).

In addition, and based upon local policy, the analysis may include the carrier identified by the "cic" tel-URI parameter of the Request-URI and other signalling information from the incoming request as part of the route determination. Examples of other signalling information are: the content of the P-Access-Network-Info header field, the value of the "cpc" tel URI parameter of the P-Asserted-Identity header field, the value of the "phone-context" Tel URI parameter of the Request-URI, the SDP content, the ICSI values in the Contact header field and the content of the P-Asserted-Service header field.

If the additional routeing functionality decides that the request shall be routed via a specific entity (e.g. IBCF), it shall insert the URI of this entity in the Route header of the request.

When provided as a stand-alone entity, the network element performing these functions need not Record-Route the INVITE request.[19]

[19] *Id.* at 913.

### 7.9A.3 Definition of feature-capability indicators g.3gpp.trf

Feature-capability indicator name: g.3gpp.trf

Summary of the feature indicated by this feature-capability indicator:

*ETSI*

**3GPP TS 24.229 version 18.8.0 Release 18 488 ETSI TS 124 229 V18.8.0 (2025-07)**

This feature-capability indicator, when included in a Feature-Caps header field as specified in RFC 6809 [190] in a SIP INVITE request, indicates that in a roaming scenario, the visited network supports a transit and roaming functionality in order to allow loopback of session requests to the visited network from the home network. When used, it may indicate the URI of the transit and roaming functionality.

Feature-capability indicator specification reference: 3GPP TS 24.229: "IP multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); Stage 3".

Values appropriate for use with this feature-capability indicator:

None or string with an equality relationship. When used in a Feature-Caps header field, the value is string and follows the syntax as described in table 7.9A.1 for g-3gpp-trf. The value of g-3gpp-trf parameter is an instance of fcap-string-value of Feature-Caps header field specified in RFC 6809 [190].

**Table 7.9A.1: ABNF syntax of values of the g.3gpp.trf feature-capability indicator**

```
g-3gpp-trf = "<" SIP-URI ">"
```

The feature-capability indicator is intended primarily for use in the following applications, protocols, services, or negotiation mechanisms: This feature-capability indicator is used to indicate visited network support of the roaming architecture for voice over IMS with local breakout and to transport the TRF address. [20]

[20] *Id.* at 487-88.

### 7.9A.4 Definition of feature-capability indicator g.3gpp.loopback

Feature-capability indicator name: g.3gpp.loopback

Summary of the feature indicated by this feature-capability indicator:

This feature-capability indicator, when included in a Feature-Caps header field as specified in RFC 6809 [190] in a SIP INVITE request, indicates the support of the roaming architecture for voice over IMS with local breakout.

Feature-capability indicator specification reference: 3GPP TS 24.229: "IP multimedia call control protocol based on Session Initiation Protocol (SIP) and Session Description Protocol (SDP); Stage 3".

Values appropriate for use with this feature-capability indicator:

None or a string with an equality relationship.

When used in a Feature-Caps header field, the value is a string identifying the home network and follows the syntax as described in table 7.9A.4-1 for g-3gpp-loopback. The value of g-3gpp-loopback parameter is an instance of fcap-string-value of Feature-Caps header field specified in RFC 6809 [190].

**Table 7.9A.4-1: ABNF syntax of values of the g-3gpp-loopback feature-capability indicator**

```
g-3gpp-loopback = "<" 1*(qdtext / quoted-pair) ">"
```

The feature-capability indicator is intended primarily for use in the following applications, protocols, services, or negotiation mechanisms: This feature-capability indicator is used to indicate support of the roaming architecture for voice over IMS with local breakout and that the INVITE request is a loopback request. [21]

## I.4 Loopback routeing procedures

### I.4.1 Introduction

In order to support traffics for the roaming architecture for voice over IMS with local breakout the additional routeing functionality will perform the procedures described in this subclause. An additional routeing functionality performing the procedures in this subclause is always located in the visited PLMN and is referred to as Transit and Roaming Function (TRF).

The TRF performs local break out and routes the INVITE request via a specific entity e.g. IBCF or BGCF.

Loopback routeing requires support in the visited network and the home network. If the visited network supports loopback routeing then the P-CSCF will, based on local policy, express this support by adding a g.3gpp.trf feature-capability indicator value to the URI of the desired TRF.

The home network decides based on local operator policy if loopback routeing shall be applied. If loopback routeing is applied, the home network routes the INVITE request back to the TRF located in the visited network indicating that loopback routeing is used by including the g.3gpp.loopback feature-capability indicator in a Feature-Caps header field.

In the loopback scenario OMR as specified in 3GPP TS 29.079 [11D] is used to determine the optimal media path between the visited network and the terminating network without passing through the home network.

[21] *Id.* at 488.

### I.4.2 TRF procedure

When the TRF receives an initial request for a dialog, the TRF shall:

1) retain the "icid-value" header field parameter in the P-Charging-Vector header field;

2) store the value of the "orig-ioi" header field parameter received in the P-Charging-Vector header field, if present, and remove the "orig-ioi" header field parameter from the P-Charging-Vector header field. Insert a type 2 "orig-ioi" header field parameter into the P-Charging-Vector header field. Set the type 2 "orig-ioi" header field parameter to a value that identifies the sending network in which the TRF resides. The TRF shall not include the "term-ioi" header field parameter. Store the value of a "transit-ioi" header field parameter received in the P-Charging-Vector header field, if present, and remove the "transit-ioi" header field parameter from the P-Charging-Vector header field before forwarding the request;

3) if required by local policy, perform number normalization and enum translation in the same way as performed by S-CSCF in subclause 5.4.3.2 step 10);

4) if the P-Access-Network header field is available, determine the entity for local break out (e.g. IBCF or BGCF) using:

   a) the location of the originating user; and

   b) the destination address,

   then include a Route header field set to the URI associated with the determined entity in the forwarded request;

5) create a Record-Route header field containing the TRF own SIP URI;

6) remove the "+g.3gpp.loopback" header field parameter from the Feature-Caps header field of the outgoing request;

6A) if the TRF supports indicating the traffic leg as specified in RFC 7549 [225] and required by local policy:

   a) if the Request-URI in the INVITE request contains a SIP URI, append an "iotl" SIP URI parameter set to "visitedA-homeB" to the Request-URI; and

   b) if the Request-URI in the INVITE request contains a tel URI:

      - convert the tel URI in the Request-URI to the form of a SIP URI with user=phone; and

**ETSI**

**3GPP TS 24.229 version 18.8.0 Release 18 918 ETSI TS 124 229 V18.8.0 (2025-07)**

      - append the "iotl" SIP URI parameter set to "visitedA-homeB" in the Request-URI; and

7) route the request based on SIP routeing procedures. [22]

[22] *Id.* at 917-18.

5.1.2A.1.3 UE without dial string processing capabilities

In this case the UE does not perform any analysis of the dial string. This requires that the dialling plan is designed so it enables the network to differentiate local numbers from other numbers.

The dial string is sent to the network, in the Request-URI of a initial request or a stand alone transaction, using one of the following formats:

1) a tel-URI, syntactically complying with RFC 3966 [22], with the dial string encoded as a local number followed by a "phone-context" tel URI parameter value;

EXAMPLE: tel:00447700900123;phone-context=example.com

2) a SIP URI, syntactically complying with RFC 3261 [26], with the user=phone parameter, embedding a tel-URI with a "phone-context" tel URI parameter value;

EXAMPLE: sip:00447700900123;
phone-context=example.com@example.com;user=phone

3) a SIP URI, complying with RFC 3261 [26] and RFC 4967 [103], with the user=dialstring parameter and with a "phone-context" tel-URI parameter value in the user part; or

EXAMPLE: sip:00447700900123;
phone-context=example.com@example.com;user=dialstring

4) a SIP URI syntactically complying with RFC 3261 [26], where the user part contains the dial string and the domain name is specific enough to enable to network to understand that the user part contains a dial string.

EXAMPLE: sip:00447700900123@dialstrings.entreprise.com

For cases 1), 2), and 3) the UE shall set the "phone-context" tel URI parameter in accordance with subclause 5.1.2A.1.5. [23]

- a tel URI containing a global number (see RFC 3966 [22]) in the international format, the S-CSCF shall translate the E.164 address to a globally routeable SIP URI using either an ENUM/DNS translation mechanism with the format specified in RFC 6116 [24], or any other available database. Database aspects of ENUM are outside the scope of the present document. An S-CSCF that implements the additional routeing functionality described in annex I may forward the request without attempting translation. If an agreement exists between the home network and the visited network to support roaming architecture for voice over IMS with local breakout, the S-CSCF does not enable NP capabilities, and the S-CSCF decides to loopback the call to the visited network, the S-CSCF may forward the request without attempting translation. If this translation is in fact performed and it succeeds, the S-CSCF shall update the Request-URI with the globally routeable SIP URI returned by ENUM/DNS or any other available database. If this translation fails, the request may be forwarded to a BGCF or any other appropriate entity (e.g a MRFC to play an announcement) in the originator's home network or the S-CSCF may send an appropriate SIP response to the originator. When forwarding the request to a BGCF or any other appropriate entity, the S-CSCF shall leave the original Request-URI containing the tel URI unmodified. If the request is forwarded, the S-CSCF shall remove the

***ETSI***

**3GPP TS 24.229 version 18.8.0 Release 18** **278** **ETSI TS 124 229 V18.8.0 (2025-07)**

access-network-charging-info parameter from the P-Charging-Vector header field prior to forwarding the message;

- a tel URI containing a local number (see RFC 3966 [22]) (i.e. the local number analysis and handling is either failed in the appropriate AS or the request has not been forwarded to AS for local number analysis and handling at all), either forward the request to a BGCF or any other appropriate entity (e.g. a MRFC to play an announcement) in the originator's home network or send an appropriate SIP response to the originator; [24]

---

[23] *Id.* at 137.
[24] *Id.* at 277-78.

> 5.1.2A.1.3 UE without dial string processing capabilities
>
> In this case the UE does not perform any analysis of the dial string. This requires that the dialling plan is designed so it enables the network to differentiate local numbers from other numbers.
>
> The dial string is sent to the network, in the Request-URI of a initial request or a stand alone transaction, using one of the following formats:
>
> 1) a tel-URI, syntactically complying with RFC 3966 [22], with the dial string encoded as a local number followed by a "phone-context" tel URI parameter value;
>
> EXAMPLE: tel:00447700900123;phone-context=example.com

[25]

20. Defendant has and continues to indirectly infringe one or more claims of the ’436 Patent by knowingly and intentionally inducing others, including Ribbon’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology.

21. Defendant, with knowledge that these products, or the use thereof, infringe the ’436 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the ’436 Patent by providing these products to end users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant’s specific industry, thereby remaining willfully blind to the ’436 least as early as the issuance of the ’436 Patent.

22. Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the ’436 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers

[25] *Id.* at 137.

and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications, including any of Defendant's materials cited in this Complaint. On information and belief, operation of the Accused Products and services offered by Defendant necessarily infringe the '436 Patent.

23. On information and belief, Defendant directly prepares and/or assists in the preparation of, and provides customers and end-users with, information and documents for its specific products. On information and belief, Defendant's product literature and other product information documents are prepared by or under the direction of Defendant to instruct customers and end-users on how to use the Accused Products in an infringing manner.

24. Because of Defendant's inducement, Defendant's customers and end-users use Accused Products in a way Defendant intends and directly infringe the '436 Patent. Defendant performs these affirmative acts with knowledge of the '436 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '436 Patent.

25. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '436 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the accused products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the accused products such that the '436 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '436 Patent, are not staple articles or commodities of

commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the ’436 Patent. The accused components include, but are not limited to, components necessary for the operation of Defendant’s infringing systems, including, but not limited to, the Accused Products, such as the hardware and software components of the Ribbon SBC. Defendant performs these affirmative acts with knowledge of the ’436 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’436 Patent.

26. SLR has suffered damages as a result of Defendant’s direct and indirect infringement of the ’436 Patent in an amount to be proven at trial.

27. SLR has suffered, and will continue to suffer, irreparable harm as a result of Defendant’s infringement of the ’436 Patent, for which there is no adequate remedy at law, unless Defendant’s infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, SLR prays for relief against Defendant as follows:

a. Entry of judgment declaring that Defendant has directly infringed one or more claims of each of the Patent-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Patent-in-Suit;

c. An order awarding damages sufficient to compensate SLR for Defendant’s infringement of the Patent-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding SLR its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e. Such other and further relief as the Court deems just and proper.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd
Avenue Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 817-1840
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,***
***SESSION LINK RESEARCH LLC***